FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  PLAINTIFF  v.  Luis Carillo Torres,  DEFENDANT(S). | CASE NUMBER  SA 11-590M-1  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Thursday, Dec 1__, 20__11__, at __3__ ☐a.m. / ☒p.m. before the Honorable __Jean Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __N/A__ and produced for the hearing.
(Other custodial officer)

Dated: __11/23/11__        _____/s/ Jean Rosenbluth_____
                           U.S. District Judge/Magistrate Judge